THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Javon Lamont Rivers, Appellant.
 
 
 

Appeal From Williamsburg County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-199
 Submitted March 1, 2012  Filed March 21,
2012   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Ernest A. Finney, III, of Sumter,
 for Respondent.
 
 
 

PER CURIAM:  Javon
 Lamont Rivers appeals his convictions for murder and possession of a
 firearm during the commission of a violent crime, arguing the circuit court
 erred in giving a supplemental instruction to the jury regarding the lesser
 included offense of involuntary manslaughter.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.